May 19, 2015



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

ELIZABETH CARDONA, Appellant

NO. 14-15-00179-CV                    V.

STARTEX TITLE COMPANY, LLC, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 23, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.